Sean T. O'Meara
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
(856) 795-2121

*Counsel for Defendant EverHome Mortgage Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CARLOS & CAROL MARTINO, individually and as class representatives on behalf of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 1:09-cv-00011-JEI-JS |
| EVERHOME MORTGAGE, COOPER PERSKIE LEVENSON APRIL, NIEDELMAN & WAGENHEIM, P.A., And John Doe 1-100, And John Doe Servicers 1-100, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
<u>BY DEFENDANT EVERHOME MORTGAGE COMPANY</u>**

I, Sean T. O'Meara, of full age hereby certify as follows:

1. I am a Shareholder with the law firm of Archer & Greiner, P.C., counsel to EverHome Mortgage Company in the above captioned matter. In this capacity, I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the docket cover sheet for Bankr. No. 97-14406 (Bankr. D.N.J.) (available on PACER).

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Order Dismissing Case for Bankr. No. 97-14406 (Bankr. D.N.J.).

4. Attached hereto as Exhibit C is a true and correct copy of the docket for Bankr. No. 98-12331 (Bankr. D.N.J.).

5. Attached hereto as Exhibit D is a true and correct copy of the docket for Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER).

6. Attached hereto as Exhibit E is a true and correct copy of the Proof of Claim filed in the name of "Union Planters Mortgage" on September 17, 2001 in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, Claim No. 4-1).

7. Attached hereto as Exhibit F is a true and correct copy of the Notice of Motion to Reduce Claim of Creditor, Alliance Mortgage Corp. filed by the Martinos and Carol Martino's Certification in Support of Motion on May 28, 2003 filed in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, DE #38).

8. Attached hereto as Exhibit G is a true and correct copy of the Notice of Motion for Entry of An Order Filed by the Trustee on April 26, 2004 in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, DE #56).

9. Attached hereto as Exhibit H is the Notice of Order of Dismissing Case entered on May 25, 2004 in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, DE #57).

10. Attached hereto as Exhibit I is the Chapter 13 Standing Trustee's Final Report filed by the Trustee on September 29, 2004 in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, DE # 60).

11. Attached hereto as Exhibit J is a true and correct copy of the Voluntary Petition and Asset Schedules filed on August 6, 2001 in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, Docket Entry ("DE") #1).

12. Attached hereto as Exhibit K is true and correct copy of the Schedule B of the Voluntary Petition filed on August 6, 2001 in Bankr. No. 01-17893 (Bankr. D.N.J.) (available on PACER, Docket Entry ("DE") #1).

13. Attached hereto as Exhibit L is a true and correct copy of the Mortgage and the Mortgage Bond that the Plaintiffs executed on or about March 31, 1982.

Dated: April 30, 2009            By: s/ Sean T. O'Meara  
                                                        Sean T. O'Meara, Esq.