Case 1:09-cv-00011-JEI-JS   Document 5-2   Filed 04/30/09   Page 1 of 2

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 97-14406-JHW

*Date filed:* 05/08/1997
*Date terminated:* 07/23/1999

*Assigned to:* Judge Judith H. Wizmur
Chapter 13
Voluntary

*Debtor*
**Carlos J Martino**
527 Wesley Ave.
National Park, NJ 08063-1227
( )
SSN / ITIN: xxx-xx-3523

represented by **Kevin B. Dowli**
23 Euclid St.
PO Box 373
Woodbury, NJ 08096
(609) 845-1323

*Debtor*
**Carol Martino**
527 Wesley Ave.
National Park, NJ 08063-1227
( )
SSN / ITIN: xxx-xx-2113

represented by **Kevin B. Dowli**
(See above for address)

*Trustee*
**Robert M. Wood**
25 Abe Voorhees Drive
PO Box 618
Manasquan, NJ 08736
(609) 223-6868
*TERMINATED: 10/05/1997*

*Trustee*
**Isabel Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(609) 663-5002

## Proceedings for case 97-14406-JHW are not available

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 04/29/2009 22:54:28 |

| PACER Login: | gp1264 | Client Code: | 103257-187903 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 97-14406-JHW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 1 | Cost: | 0.08 |