United States Bankruptcy Court
District of New Jersey
15 N. 7th Street
Camden, NJ 08102-1104

In re: Carlos J Martino and Carol Martino
SSN: 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   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
EIN:
ADDRESS: 527 Wesley Ave.
National Park, NJ 08063-1227

Case No.: 97 - 14406
Chapter: 13
Judge: Judith H. Wizmur

Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above-captioned Case was entered on October 9, 1997. Any discharge which was granted in this case is revoked. All outstanding fees to the Court are due and owing and must be paid within five days from the date of this Order.

Dated: October 10, 1997
JJW:lkr

James J. Waldron
Clerk

112079947