Case 1:09-cv-00011-JEI-JS   Document 5-4   Filed 04/30/09   Page 1 of 5

**CLOSED, CONFIRMED**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
## Bankruptcy Petition #: 98-12331-JHW

*Assigned to:* Judge Judith H. Wizmur
Chapter 13
Voluntary
Asset

*Date filed:* 03/11/1998
*Date terminated:* 01/31/2001

*Debtor*
**Carlos J Martino**
537 Wesley Avenue
National Park, NJ 08063
SSN / ITIN: xxx-xx-3523

represented by **Kevin Dowling**
23 Euclid St.
PO Box 373
Woodbury, NJ 08096
(856) 845-0777

*Debtor*
**Carol Martino**
537 Wesley Avenue
National Park, NJ 08063
SSN / ITIN: xxx-xx-2113

represented by **Kevin Dowling**
(See above for address)

*Trustee*
**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Ctr
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

| Filing Date | # | Docket Text |
|---|---|---|
| 03/11/1998 | [1](#) | Chapter 13 Voluntary Petition filed with all schedules and statements. [eag] (Entered: 03/11/1998) |
| 03/11/1998 | 2 | Chapter 13 Plan Filed. [ldc] (Entered: 03/16/1998) |
| 03/11/1998 | 3 | Notice and Order to Debtor and Debtor's Counsel to pay Trustee per Chapter 13 Plan with Court's Certificate of Mailing. # of Notices: 4. [dac] (Entered: 03/19/1998) |
| 03/12/1998 | | Filing Fee Paid, Receipt #: 00159720 in the Amount of $160.00. [ldc] (Entered: 03/16/1998) |
| 03/16/1998 | | First Meeting of Creditors Scheduled For 9:00 4/23/98 At Chp 13 Hearing Rm, Cherry Hill; Confirmation Hearing Set For 9:00 8/12/98 AT |

| | | |
|---|---|---|
| | | Courtroom, 2nd Floor, Camden; Objections to Confirmation Due: 8/3/98; Last Day to File Proofs Of Claim: 7/22/98. [ldc] (Entered: 03/16/1998) |
| 03/18/1998 | 5 | Courts Certificate of Mailing Re: [0-0] First Meeting. # of Notices: 9. [dac] (Entered: 03/20/1998) |
| 03/18/1998 | 6 | Courts Certificate of Mailing Re: [2-1] Chapter 13 Plan. # of Notices: 9. [dac] (Entered: 03/20/1998) |
| 03/19/1998 | 4 | Summary of Chapter 13 Plan filed by Kevin Dowling for Debtors. [ldc] (Entered: 03/19/1998) |
| 08/12/1998 | 7 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 9:00 9/23/98 at Courtroom, 2nd Floor, Camden. [dac] (Entered: 08/17/1998) |
| 09/23/1998 | 8 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 9:00 11/25/98 at Courtroom, 2nd Floor, Camden. [dac] (Entered: 09/23/1998) |
| 11/02/1998 | 9 | Modification of Chapter 13 Plan Filed. [dac] (Entered: 11/04/1998) |
| 11/02/1998 | 10 | Motion To Expunge and Modify Claims of IRS Filed by Kevin B. Dowling, Esquire for Debtors. [amm] (Entered: 11/04/1998) |
| 11/02/1998 | 11 | Affidavit In Support RE: [10-1] Motion To Expunge and Modify Claims of IRS by Carol Martino, Carlos J Martino. [amm] (Entered: 11/04/1998) |
| 11/04/1998 | | Hearing Re: [10-1] Motion To Expunge and Modify Claims of IRS by Carol Martino, Carlos J Martino Scheduled For 9:00 11/25/98 at Courtroom, 2nd Floor, Camden. [amm] (Entered: 11/04/1998) |
| 11/06/1998 | 12 | Courts Certificate of Mailing Re: [9-1] Modification of Chapter 13 Plan. # of Notices: 10. [dac] (Entered: 11/12/1998) |
| 11/25/1998 | 13 | Hearing [Minute Sheet filed] Re: [10-1] Motion To Expunge and Modify Claims of IRS by Carol and Carlos J Martino Adjourned to 9:00 1/13/99 at Courtroom, 2nd Floor, Camden. [ld] (Entered: 12/01/1998) |
| 11/25/1998 | 14 | Minute Sheet filed for Chapter 13 Plan Confirmation Adjourned to 9:00 1/13/99 at Courtroom, 2nd Floor, Camden. [ld] (Entered: 12/01/1998) |
| 12/01/1998 | 16 | Certificate Of Service By Kevin Dowling for Debtor Carol Martino, Debtor Carlos J Martino Of [10-1] Motion To Expunge and Modify Claims of IRS. [dac] (Entered: 01/14/1999) |
| 01/13/1999 | 15 | Hearing Held Re: [10-1] Motion To Expunge and Modify Claims of IRS by Carol Martino, Carlos J Martino - Resolved, Order to be Submitted. [dac] (Entered: 01/14/1999) |

| | | |
|---|---|---|
| 01/13/1999 | 17 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 9:00 2/24/99 at Courtroom, 2nd Floor, Camden. [dac] (Entered: 01/14/1999) |
| 02/24/1999 | 18 | Amended Schedules I and J. [dac] (Entered: 02/24/1999) |
| 02/24/1999 | 19 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 9:00 4/14/99 at Courtroom, 2nd Floor, Camden. [dac] (Entered: 02/26/1999) |
| 03/15/1999 | 20 | Consent Order Resolving [10-1] Motion To Expunge and Modify Claims of IRS by Carol and Carlos J Martino. [lkr] (Entered: 03/17/1999) |
| 04/14/1999 | 21 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 9:00 5/26/99 at Courtroom, 2nd Floor, Camden. [dac] (Entered: 04/15/1999) |
| 04/14/1999 | 22 | Modification of Chapter 13 Plan Filed. [dac] (Entered: 04/15/1999) |
| 04/17/1999 | 23 | Courts Certificate of Mailing Re: [22-1] Modification of Chapter 13 Plan. # of Notices: 12. [dac] (Entered: 04/20/1999) |
| 05/26/1999 | 24 | Minutes of Confirmation Hearing held - Confirmed at $1,420.00 fro 45 Months. [dac] (Entered: 05/27/1999) |
| 05/28/1999 | 25 | Order Confirming Chapter 13 Plan, Granting Attorney's Fees in the Amount of: $ 1,100.00 and Trustee Payments of $1,420.00 for 45 months. [dac] (Entered: 06/01/1999) |
| 03/06/2000 | 26 | Notice of Appearance And Request For Service Of Notice By William M. E. Powers for Creditor Union Planters Mortgage. [dac] (Entered: 03/07/2000) |
| 03/16/2000 | 27 | Motion By Creditor Alliance Mortgage Co. For Relief From Stay filed by William Powers, Esquire. [amm] (Entered: 03/17/2000) |
| 03/16/2000 | | Fee Paid Receipt #:194639 in the Amount of $75.00 for [27-1] Motion For Relief From Stay. [amm] (Entered: 03/17/2000) |
| 03/16/2000 | 28 | Certification In Support By Creditor Alliance Mortgage Co. To [27-1] Motion For Relief From Stay. [amm] (Entered: 03/17/2000) |
| 03/16/2000 | 29 | Affidavit As To Brief RE: [27-1] Motion For Relief From Stay by Alliance Mortgage Co. [amm] (Entered: 03/17/2000) |
| 03/16/2000 | 30 | Certificate Of Service By William M. E. Powers, Esquire for Creditor Alliance Mortgage Co. Of [27-1] Motion For Relief From Stay. [amm] (Entered: 03/17/2000) |
| 03/17/2000 | | Hearing Re: [27-1] Motion For Relief From Stay by Alliance Mortgage Co. Scheduled For 10:00 4/17/00 at Courtroom, 2nd Floor, Camden. |

|  |  |  |
|---|---|---|
|  |  | [amm] (Entered: 03/17/2000) |
| 03/23/2000 | 31 | Certificate Of Service By William M. E. Powers for Creditor Alliance Mortgage Co. For [27-1] Motion For Relief From Stay. [dac] (Entered: 03/23/2000) |
| 04/17/2000 | 32 | Minutes of Hearing Held Re: [27-1] Motion For Relief From Stay by Alliance Mortgage Co. - Consent Order to be Submitted. [dac] (Entered: 04/18/2000) |
| 05/05/2000 | 33 | Consent Order Curing Arrears Resolving [27-1] Motion For Relief From Stay by Alliance Mortgage Co. [dac] (Entered: 05/11/2000) |
| 07/05/2000 | 34 | Application Filed By Creditor Union Planters Mortgage For Ex Parte Relief and Entry of Order Vacating Stay . [dac] (Entered: 07/20/2000) |
| 07/17/2000 | 35 | Order Granting [34-1] Application For Ex Parte Relief and Entry of Order Vacating Stay by Union Planters Mortgage. [dac] (Entered: 07/20/2000) |
| 08/21/2000 | 36 | Motion By Debtors Carlos J. and Carol Martino To Reinstate Stay As to Alliance Mortgage Co. filed by Kevin B.Dowling, Esq. [nis] (Entered: 08/22/2000) |
| 08/21/2000 | 37 | Certificate Of Service By Kevin Dowling,Esq. for Debtors Carlos and Carol Martino, Of [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. [nis] (Entered: 08/22/2000) |
| 08/21/2000 | 38 | Certification in Support Filed by Kevin Dowling, Esq. for Debtor Carol Martino To [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. [nis] (Entered: 08/22/2000) |
| 08/22/2000 |  | Hearing Re: [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. by Carlos and Carol Martino Scheduled For 10:00 9/18/00 at Courtroom 4B, 4th Floor Camden. [nis] (Entered: 08/22/2000) |
| 09/05/2000 | 39 | Certificate Of Service By Kevin Dowling for Debtor Carol and Carlos J Martino Of [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. [eag] (Entered: 09/05/2000) |
| 09/18/2000 | 40 | Certificate Of Service By William M. E. Powers for Creditor Alliance Mortgage Co. Of [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. by Carol Martino, Carlos J Martino. [dac] (Entered: 09/19/2000) |
| 09/18/2000 | 41 | Hearing [Minute Sheet filed] Re: [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. by Carol Martino, Carlos J Martino Re-scheduled for 10:00 10/2/00 at Courtroom 4B, 4th Floor Camden. [dac] (Entered: 09/19/2000) |

| | | |
|---|---|---|
| 09/26/2000 | 42 | Objection Filed By Creditor Alliance Mortgage Co. To [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. by Carol Martino, Carlos J Martino. [dac] (Entered: 09/27/2000) |
| 09/26/2000 | 43 | Certificate Of Service By William M. E. Powers for Creditor Alliance Mortgage Co. Of [42-1] Objection to Motion to Reinstate Stay. [dac] (Entered: 09/27/2000) |
| 10/02/2000 | 44 | Minutes of Hearing Held Re: [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. by Carol Martino, Carlos J Martino - Granted, Order to be Submitted. [dac] (Entered: 10/04/2000) |
| 10/17/2000 | 45 | Order Granting [36-1] Motion To Reinstate Stay As to Alliance Mortgage Co. by Carol Martino, Carlos J Martino. [dac] (Entered: 10/20/2000) |
| 12/11/2000 | 46 | Certification of Standing Trustee Filed by Isabel Balboa Requesting Ex-Parte Relief and Entry of an Order Dismissing Case. [dac] (Entered: 12/13/2000) |
| 12/28/2000 | 47 | Ex-Parte Order Dismissing Case as per the Chapter 13 Standing Trustee. [or] (Entered: 12/29/2000) |
| 12/29/2000 | 48 | Notice of Dismissal of Case and Courts Certificate of Mailing # of notices 15. [vab] (Entered: 01/04/2001) |
| 01/19/2001 | 49 | Trustee's Final Report and Account - Dismissed. [def] (Entered: 01/19/2001) |
| 01/31/2001 | 50 | Final Decree - Case Closed. [dac] (Entered: 01/31/2001) |
| 01/31/2001 | | Case Closed. [dac] (Entered: 01/31/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2009 22:55:04 | | | |
| **PACER Login:** | gp1264 | **Client Code:** | 103257-187903 |
| **Description:** | Docket Report | **Search Criteria:** | 98-12331-JHW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |