Case 1:09-cv-00011-JEI-JS   Document 5-5   Filed 04/30/09   Page 1 of 9

**CONFIRMED, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 01-17893-JHW

*Assigned to:* Judge Judith H. Wizmur
Chapter 13
Voluntary
Asset

*Date filed:* 08/06/2001
*Date terminated:* 09/30/2004
*Date dismissed:* 05/21/2004

*Debtor*
**Carlos J Martino**
537 Wesley Avenue
National Park, NJ 08063
SSN / ITIN: xxx-xx-3523

represented by **Kevin Dowling**
23 Euclid St.
PO Box 373
Woodbury, NJ 08096
(856) 845-0777

*Debtor*
**Carol Martino**
537 Wesley Avenue
National Park, NJ 08063
SSN / ITIN: xxx-xx-2113

represented by **Kevin Dowling**
(See above for address)

*Trustee*
**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Ctr
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

| Filing Date | # | Docket Text |
|---|---|---|
| 08/06/2001 | 1 | Chapter 13 Voluntary Petition filed. [bcap] (Entered: 08/09/2001) |
| 08/06/2001 | 4 | Chapter 13 Plan Filed. [sbm] (Entered: 08/20/2001) |
| 08/06/2001 | 5 | Summary of Chapter 13 Plan filed by Kevin Dowling for Debtor Carol Martino, Debtor Carlos J Martino . Confirmation Hearing Set For 10:00 1/9/02 at Courtroom 4B, 4th Floor Camden . Objection to Confirmation Due: 12/31/01 . [sbm] (Entered: 08/20/2001) |
| 08/09/2001 | | Filing Fee Paid, Receipt #: 222463 in the Amount of $ 185.00. [bcap] (Entered: 08/09/2001) |
| 08/09/2001 | | First Meeting of Creditors Scheduled For 10:00 9/20/01 At Chp 13 Hearing Rm, Cherry Hill . Last Day to File Proofs Of Claim: 12/19/01 . |

|  |  | [bcap] (Entered: 08/09/2001) |
|---|---|---|
| 08/09/2001 | 2 | Notice and Order to Debtor and Debtor's Counsel to pay Trustee per Chapter 13 Plan with Court's Certificate of Mailing. # of Notices: 4. [jpl] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 08/13/2001) |
| 08/11/2001 | 3 | Courts Certificate of Mailing Re: [0-0] First Meeting. # of Notices: 9. [jpl] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 08/13/2001) |
| 08/23/2001 | 6 | Courts Certificate of Mailing Re: [4-1] Chapter 13 Plan . # of Notices: 9. [da] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 08/24/2001) |
| 09/07/2001 | 7 | Request by Creditor Union Planters National Bank For Notice. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 09/07/2001) |
| 12/04/2001 | 8 | Objection By Creditor Union Planters National Bank To Confirmation Of Plan. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 12/06/2001) |
| 12/04/2001 | 9 | Certificate Of Service By William M. E. Powers for Creditor Union Planters National Bank Of [8-1] Objection to Confirmation of Plan. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 12/06/2001) |
| 12/12/2001 | 10 | Motion By Creditor Union Planters National Bank For Relief From Stay As To Real Property Filed By William M.E. Powers, Jr, Esq. [bde] (Entered: 12/13/2001) |
| 12/12/2001 |  | Fee Paid Receipt #: 230013 in the Amount of $75.00 for [10-1] Motion For Relief From Stay As To Real Property [Union Planters National Bank]. [bde] (Entered: 12/13/2001) |
| 12/12/2001 | 11 | Certification In Support By Creditor Union Planters National Bank To [10-1] Motion For Relief From Stay As To Real Property. [bde] (Entered: 12/13/2001) |
| 12/12/2001 | 12 | Statement As To Why No Brief Is Necessary RE: [10-1] Motion For Relief From Stay As To Real Property by Union Planters National Bank. [bde] (Entered: 12/13/2001) |
| 12/12/2001 | 13 | Certificate Of Service By William M. E. Powers for Creditor Union Planters National Bank Of [10-1] Motion For Relief From Stay As To Real Property. [bde] (Entered: 12/13/2001) |

| Date | Doc # | Description |
|---|---|---|
| 12/13/2001 | | Hearing Re: [10-1] Motion For Relief From Stay As To Real Property by Union Planters National Bank scheduled For 10:00 1/7/02 at Courtroom 4B, 4th Floor Camden. [bde] (Entered: 12/13/2001) |
| 12/18/2001 | 14 | Certificate Of Service By William M. E. Powers for Creditor Union Planters National Bank Of [10-1] Motion For Relief From Stay As To Real Property. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 12/18/2001) |
| 01/07/2002 | 15 | Hearing [Minute Sheet filed] Re: [10-1] Motion For Relief From Stay As To Real Property by Union Planters National Bank Re-scheduled for 10:00 1/22/02 at Courtroom 4B, 4th Floor Camden. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 01/09/2002) |
| 01/09/2002 | 16 | Motion by Debtors Carol Martino and Carlos J Martino To Reduce Mortgage Payments Of Secured Creditor, Alliance Mortgage Corp. Filed By Kevin B. Dowling, Esq. [bde] (Entered: 01/09/2002) |
| 01/09/2002 | | Hearing Re: [16-1] Motion To Reduce Mortgage Payments Of Secured Creditor, Alliance Mortgage Corp. by Carlos J Martino and Carol Martino scheduled For 9:00 2/13/02 at Courtroom 4B, 4th Floor Camden. [bde] (Entered: 01/09/2002) |
| 01/09/2002 | 17 | Certification In Support By Debtor Carol Martino To [16-1] Motion To Reduce Mortgage Payments Of Secured Creditor, Alliance Mortgage Corp. [bde] (Entered: 01/09/2002) |
| 01/09/2002 | 18 | Motion to Expunge And Modify Claims By The Internal Revenue Service Filed by Debtors Carol Martino and Carlos J Martino. [bde] (Entered: 01/09/2002) |
| 01/09/2002 | | Hearing Re: [18-1] Motion Expunge And Modify Claims By The Internal Revenue Service by Carlos J Martino and Carol Martino scheduled For 9:00 2/13/02 at Courtroom 4B, 4th Floor, Camden. [bde] (Entered: 01/09/2002) |
| 01/09/2002 | 19 | Certification In Support By Debtor Carol Martino To [18-1] Motion Expunge And Modify Claims By The Internal Revenue Service. [bde] (Entered: 01/09/2002) |
| 01/09/2002 | 20 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 10:00 2/27/02 at Courtroom 4B, 4th Floor Camden. [nis] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 01/10/2002) |
| 01/22/2002 | 21 | Hearing [Minute Sheet filed] Re: [10-1] Motion For Relief From Stay As To Real Property by Union Planters National Bank Re-scheduled for 9:00 2/13/02 at Courtroom 4B, 4th Floor Camden. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 01/23/2002) |

| | | |
|---|---|---|
| 02/04/2002 | 22 | Certification As To Changed Circumstances by Debtor Carol Martino. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 02/05/2002) |
| 02/13/2002 | 23 | Minutes of Hearing Held Re: [16-1] Motion To Reduce Mortgage Payments Of Secured Creditor, Alliance Mortgage Corp. by Carlos J Martino, Carol Martino - Denied. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 02/14/2002) |
| 02/13/2002 | 24 | Minutes of Hearing Held Re: [18-1] Motion Expunge And Modify Claims By The Internal Revenue Service by Carlos J Martino, Carol Martino - Denied. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 02/14/2002) |
| 02/13/2002 | 25 | Minutes of Hearing Held Re: [10-1] Motion For Relief From Stay As To Real Property by Union Planters National Bank - Granted. [def] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 02/19/2002) |
| 02/13/2002 | 26 | Order Granting [10-1] Motion For Relief From Stay As To Real Property [527 Wesley Avenue, National Park, NJ] by Union Planters National Bank. [def] (Entered: 02/19/2002) |
| 02/27/2002 | 27 | Minute Sheet filed for Chapter 13 Plan Confirmation re-scheduled to 10:00 4/10/02 at Courtroom 4B, 4th Floor Camden. [nis] Additional attachment(s) added on 2/19/2008 (dmb, ). (Entered: 02/28/2002) |
| 03/01/2002 | 28 | Order Reinstating Stay and Providing Other Relief RE: [16-1] Motion To Reduce Mortgage Payments Of Secured Creditor, Alliance Mortgage Corp. by Carlos J Martino, Carol Martino. [def] (Entered: 03/04/2002) |
| 04/12/2002 | | Hearing Rescheduled from 05/08/02 (related document(s) 5 ). Hearing scheduled for 5/8/2002 at 10:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 04/12/2002) |
| 05/08/2002 | | Hearing Held, OUTCOME: Plan confirmed at $1,119/mo. for 52 months plus $6,720 paid (related document(s) 5 ). (bc, ) (Entered: 05/08/2002) |
| 07/24/2002 | 29 | Document re: Notice of Re-Listed Confirmation Hearing by Isabel C. Balboa. (def, ) (Entered: 07/25/2002) |
| 07/25/2002 | | Hearing. Confirmation hearing to be held on 8/28/2002 at 02:00 PM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 8/19/2002. (def) (Entered: 07/25/2002) |
| 08/16/2002 | 30 | Order Confirming Chapter 13 Plan. Payment Schedule: $1,119 / 52 months. Attorney's Fee: $ 1,400.00 The following parties were served: db, db's atty, trustee. Signed on 8/16/2002 (related document(s) 5 , 4 ). (lkr, ) |

|  |  |  | (Entered: 08/16/2002) |
|---|---|---|---|
| 09/27/2002 |  | 31 | Trustee Certification re: Business Debtor. (Balboa, Isabel) (Entered: 09/27/2002) |
| 01/13/2003 |  | 32 | Certification of Standing Trustee Filed by Isabel C. Balboa. Objection deadline is 1/23/2003. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Balboa (NA), Isabel) (Entered: 01/13/2003) |
| 01/16/2003 |  | 33 | Objection to Certification of Standing Trustee Filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino (related document(s) 32 ). (def, ) (Entered: 01/16/2003) |
| 01/16/2003 |  | 34 | Notice of Hearing for: Objection to Certification of Standing Trustee (related document(s) 32 , 33 ). Hearing scheduled for 2/21/2003 at 11:00 AM at JHW - Courtroom 4B, Camden. (def) (Entered: 01/17/2003) |
| 02/21/2003 |  |  | Hearing Rescheduled from 02/21/03. (related document: 34 Notice of Hearing -(Generic)) Hearing scheduled for 3/21/2003 at 11:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 02/21/2003) |
| 03/21/2003 |  |  | Hearing Rescheduled from 03/21/03. (related document: 34 Notice of Hearing -(Generic)) Hearing scheduled for 5/14/2003 at 11:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 03/21/2003) |
| 03/21/2003 |  | 35 | Amended Schedule(s) : I and J filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. (er, ) (Entered: 03/24/2003) |
| 03/21/2003 |  | 36 | Modified Chapter 13 Summary - After Confirmation. (related document: 4 Chapter 13 Plan, )., Modified Chapter 13 Plan - After Confirmation. (related document: 4 Chapter 13 Plan, ). Filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. Confirmation hearing to be held on 4/23/2003 at 11:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 4/14/2003. (er, ) (Entered: 03/24/2003) |
| 03/26/2003 |  | 37 | BNC Certificate of Service - Notice of Modification of Plan. No. of Notices: 13. Service Date 03/26/2003. (Related Doc # 36 ) (Admin.) (Entered: 03/27/2003) |
| 04/23/2003 |  |  | Hearing Rescheduled from 4/23/2003. (related document: 36 Modification of Chapter 13 Summary - After Confirmation, , Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino) Hearing scheduled for 5/28/2003 at 11:00 AM at JHW - Courtroom 4B, Camden. (bde, ) (Entered: 04/23/2003) |
| 05/14/2003 |  |  | Hearing Rescheduled from 5/14/2003. (related document: 34 Notice of Hearing -(Generic)) Hearing scheduled for 5/28/2003 at 11:00 AM at |

| | | |
|---|---|---|
| | | JHW - Courtroom 4B, Camden. (bde, ) (Entered: 05/14/2003) |
| 05/28/2003 | | Confirmation Hearing Rescheduled (related document: 36 Modification of Chapter 13 Summary - After Confirmation, , Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino) Confirmation hearing to be held on 6/25/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 6/18/2003. (bc, ) (Entered: 05/28/2003) |
| 05/28/2003 | | Hearing Rescheduled from 05/28/03. (related document: 34 Notice of Hearing -(Generic)) Hearing scheduled for 6/25/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 05/28/2003) |
| 05/28/2003 | 38 | Motion to Modify Claims of Alliance Mortgage Corp. Filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. Hearing scheduled for 6/30/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bde, ) (Entered: 05/28/2003) |
| 05/29/2003 | 39 | Motion to Modify Claims of Alliance Mortgage Corp. Filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. Hearing scheduled for 6/30/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Appendix A-D# (3) Certificate of Service # 4 Proposed Order) (ga, ) (Entered: 05/29/2003) |
| 06/04/2003 | 40 | Certificate of Service (related document: 39 Modify Claims, filed by Debtor Carlos J Martino, Debtor Carol Martino) filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. (kvr, ) (Entered: 06/05/2003) |
| 06/18/2003 | 41 | Objection to (related document: 36 Modification of Chapter 13 Summary - After Confirmation,, Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino) filed by William M. E. Powers III on behalf of Union Planters National Bank. (Attachments: # 1 Certificate of Service) (kvr, ) (Entered: 06/20/2003) |
| 06/20/2003 | 42 | Letter in Opposition to (related document: 39 Motion to Modify Claims of Alliance Mortgage Corp. filed by Debtor Carlos J Martino, Debtor Carol Martino) filed by William M. E. Powers III on behalf of Union Planters National Bank. (Attachments: # 1 Certificate of Service) (kvr, ) (Entered: 06/23/2003) |
| 06/25/2003 | | Hearing Rescheduled from 06/25/03. (related document: Confirmation Hearing Rescheduled,, 34 Notice of Hearing -(Generic), 36 Modification of Chapter 13 Summary - After Confirmation, , Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino) Hearing scheduled for 7/23/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 06/25/2003) |

| | | |
|---|---|---|
| 06/30/2003 | | Minute of Hearing Held, OUTCOME: Motions denied for lack of prosecution.(related document: 38 Modify Claims, filed by Debtor Carlos J Martino, Debtor Carol Martino, 39 Modify Claims, filed by Debtor Carlos J Martino, Debtor Carol Martino) (bc, ) (Entered: 06/30/2003) |
| 07/01/2003 | 43 | Withdrawal of Document (related document: 39 Modify Claims, filed by Debtor Carlos J Martino, Debtor Carol Martino) filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. (kvr, ) (Entered: 07/02/2003) |
| 07/16/2003 | 44 | Modified Chapter 13 Plan - After Confirmation. Motions Included: None. (related document: 36 Modification of Chapter 13 Summary - After Confirmation,, Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino). Filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. (kvr, ) (Entered: 07/18/2003) |
| 07/16/2003 | 45 | Confirmation Hearing Scheduled (related document: 44 Modified Chapter 13 Plan - After Confirmation. Motions Included: None. (related document: 36 Modification of Chapter 13 Summary - After Confirmation,, Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino). Filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. (kvr, )). Confirmation hearing to be held on 8/27/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 8/20/2003. (kvr, ) (Entered: 07/18/2003) |
| 07/20/2003 | 46 | BNC Certificate of Service - Notice of Modification of Plan. No. of Notices: 13. Service Date 07/20/2003. (Related Doc # 45 ) (Admin.) (Entered: 07/21/2003) |
| 07/20/2003 | 47 | BNC Certificate of Service - Chapter 13 Plan No. of Notices: 13. Service Date 07/20/2003. (Related Doc # 44 ) (Admin.) (Entered: 07/21/2003) |
| 07/23/2003 | | Hearing Rescheduled from 07/23/03. (related document: 34 Notice of Hearing -(Generic), Hearing (Document) Rescheduled, Hearing (Document) Rescheduled, 36 Modification of Chapter 13 Summary - After Confirmation, , Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino, Confirmation Hearing Rescheduled, ) Hearing scheduled for 8/27/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 07/23/2003) |
| 08/27/2003 | | Minute of Hearing Held, OUTCOME: Plan conf. at $930/mo. for 36 months plus $19,640 paid.(related document: 44 Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino, 36 Modification of Chapter 13 Summary - After Confirmation, , Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol |

|  |  |  |
|---|---|---|
|  |  | Martino, 34 Notice of Hearing -(Generic), 45 Confirmation Hearing Scheduled, , ) (bc, ) (Entered: 08/27/2003) |
| 08/28/2003 | 48 | Order Confirming Chapter 13 Plan (related document: 36 Modification of Chapter 13 Summary - After Confirmation, , Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino, 45 Confirmation Hearing Scheduled, ,, 44 Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor Carlos J Martino, Debtor Carol Martino). Payment Schedule: $930.00 for 36 months. Attorney's Fee: $ None Listed. The following parties were served: Debtor's Atty, Trustee, UST. Signed on 8/28/2003. (kvr, ) (Entered: 08/29/2003) |
| 08/31/2003 | 49 | BNC Certificate of Service - Order No. of Notices: 1. Service Date 08/31/2003. (Related Doc # 48 ) (Admin.) (Entered: 09/03/2003) |
| 01/16/2004 | 50 | Creditor's Certification of Non Payment (related document: 10 Motion for Relief From Stay filed by Creditor Union Planters National Bank) filed by William M.E. Powers on behalf of Union Planters National Bank. Objection deadline is 1/23/2004. (Attachments: # 1 Exhibit Order Reinstating Stay# 2 Proposed Order Order Vacating# 3 Certificate of Service) (Powers, William) (Entered: 01/16/2004) |
| 01/22/2004 | 51 | Objection to (related document: 50 Creditor's Certification of Non Payment, filed by Creditor Union Planters National Bank) filed by Kevin Dowling on behalf of Carlos J Martino, Carol Martino. (def) (Entered: 01/22/2004) |
| 01/23/2004 | 52 | Notice of Hearing for: (related document: 50 Creditor's Certification of Non Payment, filed by Creditor Union Planters National Bank, 51 Objection filed by Debtor Carlos J Martino, Debtor Carol Martino). Hearing scheduled for 2/23/2004 at 10:00 AM at JHW - Courtroom 4B, Camden. (def) (Entered: 01/27/2004) |
| 01/29/2004 | 53 | BNC Certificate of Service - Order No. of Notices: 1. Service Date 01/29/2004. (Related Doc # 52 ) (Admin.) (Entered: 01/30/2004) |
| 02/23/2004 |  | Minute of Hearing Held, OUTCOME: Obj. denied - stay vacated.(related document: 52 Notice of Hearing -(Generic), Notice of Hearing -(Generic)) (bc, ) (Entered: 02/23/2004) |
| 02/23/2004 | 54 | Order Vacating Stay re: 527 Wesley Ave., National Park, NJ (related document: 50 Creditor's Certification of Non Payment, filed by Creditor Union Planters National Bank). The following parties were served: Counsel for Debtor, Counsel for Alliance Mortgage, Trustee, UST. Signed on 2/23/2004. (lkr, ) (Entered: 02/23/2004) |
| 02/25/2004 | 55 | BNC Certificate of Service - Order No. of Notices: 1. Service Date |

| | | |
|---|---|---|
| | | 02/25/2004. (Related Doc # 54 ) (Admin.) (Entered: 02/26/2004) |
| 04/26/2004 | 56 | Motion to Dismiss Case Filed by Isabel C. Balboa (NA) on behalf of Isabel C. Balboa. Hearing scheduled for 5/21/2004 at 11:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Balboa (NA), Isabel) (Entered: 04/26/2004) |
| 05/21/2004 | | Minute of Hearing Held, OUTCOME: Motion granted.(related document: 56 Motion to Dismiss Case, filed by Trustee Isabel C. Balboa) (bc, ) (Entered: 05/21/2004) |
| 05/21/2004 | 57 | Order Granting Trustee's Motion to Dismiss Case (Related Doc # 56 ) The following parties were served: Counsel for Debtor, Trustee, UST. Signed on 5/21/2004. (lkr, ) (Entered: 05/25/2004) |
| 05/27/2004 | 58 | BNC Certificate of Service - Order Dismissing Case. No. of Notices: 14. Service Date 05/27/2004. (Admin.) (Entered: 05/28/2004) |
| 05/27/2004 | 59 | BNC Certificate of Service - Order No. of Notices: 1. Service Date 05/27/2004. (Admin.) (Entered: 05/28/2004) |
| 09/29/2004 | 60 | Chapter 13 Trustee Final Report and Account (Dismissal) filed by Isabel C. Balboa. (Balboa (NA), Isabel) (Entered: 09/29/2004) |
| 09/30/2004 | 61 | Final Decree Closing Case. The following parties were served: Trustee and US Trustee. Signed on 9/30/2004. (vab, ) (Entered: 09/30/2004) |
| 09/30/2004 | | Bankruptcy Case Closed (vab, ) (Entered: 09/30/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2009 22:47:23 | | | |
| **PACER Login:** | gp1264 | **Client Code:** | 103257-187903 |
| **Description:** | Docket Report | **Search Criteria:** | 01-17893-JHW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |