Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
OFFICE OF THE CHAPTER 13 TRUSTEE
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF NEW JERSEY
                               (Camden)
_____
                              |
IN RE:                        |  Proceedings in Chapter 13
   CARLOS J & CAROL MARTINO   |
                              |  Case No.  0117893 JHW
                              |
                              |  NOTICE OF MOTION FOR ENTRY OF AN ORDER
                              |
                              |  1.  Dismissal of Proceeding, or
                              |  2.  For Wage Order for Trustee
                              |
              Debtors.        |  Hearing Date:  05/21/04
                              |                 11:00 AM
_____|
```

TO: CLERK OF THE COURT
    UNITED STATES BANKRUPTCY COURT
    4TH & COOPER, 4TH FLOOR COURTROOM 4B
    CAMDEN, NJ 08101-2067

    CARLOS J & CAROL MARTINO
    537 WESLEY AVENUE

    NATIONAL PARK NJ 08063

    KEVIN DOWLING, ESQ.
    23 EUCLID BANK
    P.O.BOX 373
    WOODBURY NJ 08096

    Isabel C. Balboa, Chapter 13 Standing Trustee, has filed papers with the Court for an Order dismissing debtor(s) Chapter 13 Bankruptcy, or in the alternative, for a Wage Order.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the Court to grant the relief sought or

you want the court to consider your views on this motion, within

seven (7) days of the date of this motion:

1. You or your attorney must file a written answer, explaining your

position at:

       BANKRUPTCY COURT CLERK
       THE U.S. POST OFFICE AND COURTHOUSE BUILDING
       POST OFFICE BOX 2067
       CAMDEN, NEW JERSEY 08101-2067

2. If you mail your response to the Court for filing, you must

mail it early enough so the Court will receive it on or before

the time frame stated above.

3. You must also mail a copy to:

       ISABEL C. BALBOA
       CHAPTER 13 STANDING TRUSTEE
       CHERRY TREE CORPORATE CENTER
       535 ROUTE 38, SUITE 580
       CHERRY HILL, NJ 08002

4. You must also attend the hearing scheduled for 05/21/04

at 11:00 AM in the courtroom of Judge Judith H. Wizmur,

Mitchell H. Cohen Federal Courthouse, 1 John F. Gerry Plaza,

4TH and Cooper, 4TH Floor, Courtroom 4B, Camden, New Jersey 08101.

If you or your attorney do not take these steps, the Court

may decide that you do not oppose the relief sought in the motion

and may enter the order granting relief.

Date: 04/21/04                                    /s/ ISABEL C. BALBOA
                                                                         _____
                                                                         ISABEL C. BALBOA
                                                                         Chapter 13 Standing Trustee

Isabel C. Balboa, Esquire (IB-4082)  
Chapter 13 Standing Trustee  
OFFICE OF THE CHAPTER 13 TRUSTEE  
Cherry Tree Corporate Center  
535 Route 38, Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002  

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF NEW JERSEY  
(Camden)  

| | |
|---|---|
| IN RE: | Proceedings in Chapter 13 |
|     CARLOS J & CAROL MARTINO | Case No. 0117893 JHW |
| | CERTIFICATION IN SUPPPORT OF MOTION TO DISMISS, OR FOR A WAGE ORDER |
| Debtor(s). | Hearing Date: 05/21/04 @ 11:00 AM |

ISABEL C. BALBOA, hereby certifies as follows:

   1. I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

   2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

   3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. Section 157 and 11 U.S.C. Section 105.  This is a core proceeding.

   4. As of the date of this Motion the debtor(s) are in arrears $2,790.00 since inception of the plan.

   5. The last date and payment amount received by debtor(s) was on 02/02/04 in the amount of $ $930.00.

6.  Therefore, pursuant to 11 U.S.C. Section 1307 (c), the Trustee seeks entry of an Order dismissing debtor's case, or in the alternative where applicable, for entry of an Order requiring that plan payments be deducted from the debtor(s) earnings and transmitted directly to the Trustee by the debtor(s) employer pursuant to 11 U.S.C. Section 1302(a) (5), or in the alternative, such other relief as the Court may direct, for failure of the debtor(s) to comply with terms of the debtor(s) Plan of Arrangement in that required payments to the Trustee have not been made.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 04/21/04                    /s/ ISABEL C. BALBOA
                                        _____
                                        Isabel C. Balboa
                                        Chapter 13 Standing Trustee

\* Additionally, plan cannot be completed as confirmed due to
  stay relief.

UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

In Re:

  CARLOS J & CAROL MARTINO
  537 WESLEY AVENUE

NATIONAL PARK NJ 08063

Case No.   0117893 JHW

Hearing Date: 05/21/04
               11:00 AM

Judge:   Judith H. Wizmur

ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby ORDERED.

(PAGE 2)
Debtor:  CARLOS J & CAROL  MARTINO

Case No:   0117893 JHW

Caption of Order:   ORDER ON TRUSTEE'S MOTION TO DISMISS
_____

    Upon consideration of the Motion filed by Isabel C. Balboa, Chapter 13 Standing Trustee, for dismissal of the within proceedings under Chapter 13 of the Bankruptcy Code, or in the alternative, for entry of an Order requiring the plan payment to be deducted from the debtor(s) earnings and transmitted directly to the Trustee by the debtor(s) employer, on the grounds that the debtor(s) has/have failed to make the required plan payment to the Trustee under the Plan of Arrangement as confirmed and due Notice of said Motion having been given by mail to the debtor(s) and their attorney, if any, and good cause appearing therefore, it is hereby

____    allowed to continue and the Trustee's Motion to Dismiss is hereby dismissed/ denied/ withdrawn.

____    allowed to continue at the regular monthly payment/monthly payment of $_____, however, if the debtor(s) should fail to make any further regular Chapter 13 Plan payment to the Trustee for a period of more than thirty (30) consecutive days, upon the Certification of the Trustee of such non-receipt of payment with Notice of said Certification to the debtor and debtor(s) attorney, if any, the within case shall be dismissed and an EX PARTE ORDER shall be entered.

____    dismissed.

____    the employer of said debtor(s), _____, shall deduct from the earnings of said debtor(s) the sum of $_____ each month/ week beginning in the next month following receipt of this Order and including any period for which the debtor(s) received periodic or lump sum payment for or on account of vacation, termination, or any benefits arising out of present or past employment of the debtor(s), and to forthwith remit the sums so deducted to ISABEL C. BALBOA, the Trustee herein or his successor in interest.  In the event of termination of the debtor(s) employment, said employer shall so notify the Trustee of the termination and the reason for such termination.

```
OFFICE OF THE CHAPTER 13 TRUSTEE
Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| IN RE: | Proceedings in Chapter 13 |
| CARLOS J & CAROL MARTINO | Case No. 0117893 JHW |
| | CERTIFCATE OF SERVICE |
| Debtor(s). | |

I, Isabel C. Balboa, Chapter 13 Standing Trustee, being of full age, certify as follows:

1. On 04/26/04, I caused a true copy of a Trustee's Motion to Dismiss to be served upon

```
   CARLOS J & CAROL MARTINO
   537 WESLEY AVENUE

   NATIONAL PARK NJ 08063

   KEVIN DOWLING, ESQ.
   23 EUCLID BANK
   P.O.BOX 373
   WOODBURY NJ 08096
```

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 04/26/04              /s/ISABEL C. BALBOA
                                  _____
                                  Isabel C. Balboa
                                  Chapter 13 Standing Trustee