```
UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002
```

**Order Filed on 5/21/2004 by Clerk U.S. Bankruptcy Court District of New Jersey**

|  |  |
|---|---|
| In Re: | Case No.   0117893 JHW |
|  | Hearing Date: 05/21/04 |
|  |                11:00 AM |
| CARLOS J & CAROL MARTINO |  |
| 537 WESLEY AVENUE |  |
| NATIONAL PARK NJ 08063 |  |
|  | Judge:  Judith H. Wizmur |

ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby ORDERED.

**DATED: 5/21/2004**

_/s/ Judith H. Wizmur_
Honorable Judith H. Wizmur
United States Bankruptcy Judge

```
(PAGE 2)
Debtor:  CARLOS J & CAROL  MARTINO

Case No:  0117893 JHW

Caption of Order:  ORDER ON TRUSTEE'S MOTION TO DISMISS
```
_____

     Upon consideration of the Motion filed by Isabel C. Balboa,
Chapter 13 Standing Trustee, for dismissal of the within proceedings
under Chapter 13 of the Bankruptcy Code, or in the alternative,
for entry of an Order requiring the plan payment to be deducted
from the debtor(s) earnings and transmitted directly to the Trustee
by the debtor(s) employer, on the grounds that the debtor(s)
has/have failed to make the required plan payment to the Trustee
under the Plan of Arrangement as confirmed and due Notice of said
Motion having been given by mail to the debtor(s) and their
attorney, if any, and good cause appearing therefore, it is
hereby


____    allowed to continue and the Trustee's Motion to Dismiss
        is hereby dismissed/ denied/ withdrawn.

____    allowed to continue at the regular monthly payment/monthly
        payment of $_____, however, if the debtor(s)
        should fail to make any further regular Chapter 13 Plan
        payment to the Trustee for a period of more than thirty
        (30) consecutive days, upon the Certification of the
        Trustee of such non-receipt of payment with Notice of
        said Certification to the debtor and debtor(s) attorney,
        if any, the within case shall be dismissed and an
        EX PARTE ORDER shall be entered.

__X__   dismissed.

____    the employer of said debtor(s), _____, shall
        deduct from the earnings of said debtor(s) the sum of
        $_____ each month/ week beginning in the next
        month following receipt of this Order and including any
        period for which the debtor(s) received periodic or lump
        sum payment for or on account of vacation, termination,
        or any benefits arising out of present or past employment
        of the debtor(s), and to forthwith remit the sums so
        deducted to ISABEL C. BALBOA, the Trustee herein or his
        successor in interest.  In the event of termination of
        the debtor(s) employment, said employer shall so notify
        the Trustee of the termination and the reason for such
        termination.

*Approved by Judge Judith H. Wizmur May  21, 2004*

Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:      Carlos J Martino and Carol Martino
SSN:      xxx–xx–3523      xxx–xx–2113
EIN:
ADDRESS: 537 Wesley Avenue
National Park, NJ
08063

Case No:    01–17893–JHW
Chapter:    13
Judge:    Judith H. Wizmur

Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on May 21, 2004
Any discharge which was granted in this case is revoked. All outstanding fees to the Court are due and owing and must be paid within five days from the date of this Order.

Dated: May 25, 2004
JJW: lkr

                                                                  James J. Waldron
                                                                  Clerk

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

| | |
|---|---|
| In Re: | Carlos J Martino and Carol Martino |
| SSN: | xxx–xx–3523    xxx–xx–2113 |
| EIN: | |
| ADDRESS: | 537 Wesley Avenue<br>National Park, NJ<br>08063 |

Case No:   01–17893–JHW
Chapter:   13
Judge:   Judith H. Wizmur

Debtor(s)

**NOTICE OF JUDGEMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on May 21, 2004 , the court entered the following judgement or order in the captioned case:

Document Number: 57 – 56
Order Granting Trustee's Motion to Dismiss Case (Related Doc # [56]) The following parties were served: Counsel for Debtor, Trustee, UST. Signed on 5/21/2004. (lkr, )

   Parties may review the order by accessing it through PACER or the Courts Electronic Case Filing System (CM/ECF). Public terminals for viewing are also available at the Courthouse in each vicinage.

Dated: May 25, 2004
JJW: lkr

James J. Waldron
Clerk