```
                       UNITED STATES BANKRUPTCY COURT

  IN THE MATTER OF:                                                  PAGE   1

                                        )     CHAPTER 13
                                        ) CASE NO.     0117893  JHW
                                        )
  CARLOS J & CAROL MARTINO              )     DATE FILED: 08/06/2001
  537 WESLEY AVENUE                     ) DATE CONFIRMED: 05/08/2002
                                        ) DATE CONCLUDED: 09/16/2004
  NATIONAL PARK, NJ   08063     DEBTOR (S)  )
                                        )
  ---------------------------------------------)

                        CHAPTER 13 STANDING TRUSTEE'S
                                FINAL REPORT
                         DISMISSED AFTER CONFIRMATION

    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 ---------------------------------------------  ---------------------------------------
                                          Amount         Paid
  Claim Creditor's Name                   Allowed      to Date     Balance Due
 ---------------------------------------------  ---------------------------------------

  DEBTOR ATTORNEY
  000 KEVIN DOWLING, ESQUIRE              1,000.00     1,000.00          0.00
                                                     -------------
                                                       1,000.00
  SECURED ARREARAGES
  004 ALLIANCE MORTGAGE CORPORATION      15,384.19    15,384.19          0.00
                                                     -------------
                                                      15,384.19
  OTHER SECURED DEBT
  002 INTERNAL REVENUE SERVICE            3,693.60     3,542.63        150.97
  003 STATE OF NEW JERSEY DIV OF TAX      3,082.51     2,971.99        110.52
                                                     -------------
                                                       6,514.62
  OTHER PRIORITY DEBT
  001 STATE OF NEW JERSEY DIV OF TAX        276.56         0.00        276.56
  005 INTERNAL REVENUE SERVICE           34,990.53         0.00     34,990.53
                                                     -------------
                                                           0.00

 -------------------------------------------------------------------------------
      TOTAL RECEIPTS        DISBURSED         TRUSTEE FEES      CASH ON HAND
        24,290.00           22,898.81            1,391.19              0.00
 -------------------------------------------------------------------------------
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                              /s/ ISABEL C. BALBOA
                              CHERRY TREE CORPORATE CENTER
                              535 ROUTE 38, SUITE 580
                              CHERRY HILL, NJ  08002

PRINTED  09/16/04
```