# United States District Court
District of New Jersey

LAW OFFICES OF LEWIS G. ADLER
26 Newton Avenue
Woodbury, New Jersey  08096
(856) 845-1968
Attorney for Plaintiffs

| | |
|---|---|
| **Carol and Carlos Martino** <br> **Individually and as a class representative** <br> **On behalf of others similarly situated** <br>     **Plaintiff** <br><br> vs. <br><br> **EVERHOME MORTGAGE** <br><br>    **Defendant** | CASE NO. <br>         1:09-cv-00011 (JEI)(JS) <br><br> <u>Civil Action</u> <br><br> Notice of Motion |

TO:   Sean T. O'Meara, Esquire
       Archer & Greiner, PC
       One Centennial Square
       Haddonfield, NJ 08033
       (856) 795-2121
       Attorneys for Everhome Mortgage, Inc

       Fredric L. Shenkman, Esquire
       Cooper Levenson April Niedelman & Wagenheim, PA
       1125 Atlantic Avenue 3rd Floor
       Atlantic City, NJ 08401

   **Please take notice** that on Monday, October 5, 2009  at 10:00am or as soon

thereafter as the is matter may be heard, the undersigned attorney for Plaintiffs  shall

move before the above Courthouse, for an Order to file a second amended complaint.

Movant will rely upon the supporting certification, exhibits and brief submitted herewith.

Dated: August 31, 2009              <u> /s/ Lewis G. Adler, Esq.</u>

                                                  Lewis G. Adler, Esq.