```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

```
CARLOS and CAROL MARTINO,       :
individually and on behalf of   :  HONORABLE JOSEPH E. IRENAS
all those similarly situated,   :  CIVIL ACTION NO. 09-011 (JEI/JS)
                                :
             Plaintiffs,        :  ORDER DENYING PLAINTIFF'S
                                :  MOTION TO AMEND THE COMPLAINT
     v.                         :  (Docket No. 17)
                                :
EVERHOME MORTGAGE,              :
                                :
             Defendant.         :
```

**APPEARANCES:**

LAW OFFICE OF LEWIS G. ADLER
By:  Roger C. Mattson, Esq.
     Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, New Jersey 08096
     Counsel for Plaintiffs

ARCHER & GREINER, P.C.
By:  Sean T. O'Meara, Esq.
One Centennial Square
Haddonfield, New Jersey 08033
     Counsel for Defendant


**IRENAS**, Senior District Judge:

   This matter having appeared before the Court on Plaintiffs' Motion to Amend their Complaint (Docket No. 17), the Court having considered the parties' submissions, for the reasons set forth in an Opinion by this Court issued on even date herewith, and for good cause appearing;

**IT IS** on this 21st day of December, 2009,

    **ORDERED THAT:**

(1)   Plaintiffs' Motion to Amend is hereby **DENIED.**

(2)   The case is hereby **DISMISSED WITH PREJUDICE.**

(3)   The Clerk of Court is hereby directed to **CLOSE THIS FILE.**


                                                   s/ Joseph E. Irenas
                                                 JOSEPH E. IRENAS
                                                 Senior United States District Judge