UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| **Carol and Carlos Martino** <br> **Individually and as a class representative** <br> **On behalf of others similarly situated** <br>     **Plaintiffs** <br><br> vs. <br><br> **EVERHOME MORTGAGE** <br>                      **Defendant.** | CASE NO. <br>     1:09-cv-00011 (JEI)(JS) <br>  <u>Civil Action</u> <br><br> Notice of Appeal |

    Notice is hereby given that, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dated December 21, 2009 entered in this action on the 21 of December 2009 .

                                                <u>/s/ Lewis G. Adler, Esq</u> <br>
                                                Lewis G. Adler, Esquire <br>
                                                26 Newton Avenue <br>
                                                Woodbury, NJ 08096